AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Northern Mariana Islands

| | |
|---|---|
| KAN PACIFIC SAIPAN, LTD.<br>*Plaintiff*<br>v.<br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC and DOES 1-50<br>*Defendants* | Civil Action No. 1:23-cv-00011 |

F I L E D
Clerk
District Court

DEC 01 2023

for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Default judgment is entered in favor of Plaintiff Kan Pacific Saipan, Ltd. and against Defendant Imperial Pacific International (CNMI), LLC, as follows: 1. Principal amount of $200,000.00; 2. Prejudgment interest of $9,808.22 (Principal x 10% x 179/365 as of Nov. 27, 2023); 3. Reasonable legal fees and costs in the amount to be determined by the Court following motion by Plaintiff; 4. Post-judgment interest under the applicable federal post-judgment interest rate.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by ~~Judge~~ Clerk of Court Heather L. Kennedy on a motion for Entry of Default Judgment, ECF No. [7]. See Amended Rule 55(b)(1) Default Judgment at ECF No. [12].

Date: 12/01/2023

CLERK OF COURT

*(signature)*

HEATHER L. KENNEDY